No. 538, Misc. HAWKINS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *T. Emmett McKenzie* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 614. STANLEY ET AL. *v.* UNITED STATES, 352 U. S. 1015;

No. 13, Misc. PATTERSON *v.* ILLINOIS, 352 U. S. 1005;

No. 357, Misc. THOMAS *v.* UNITED STATES, 352 U. S. 1006;

No. 452, Misc. FRANKLIN *v.* INDIANA, 352 U. S. 999; and

No. 459, Misc. OPPENHEIMER *v.* GENERAL CABLE CORP. ET AL., 352 U. S. 1010. Petitions for rehearing denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of these applications.

APRIL 8, 1957.

No. 199. DEEN *v.* GULF, COLORADO & SANTA FE RAILWAY CO.

Argued April 1, 1957. Decided April 8, 1957. *Per Curiam:* We hold that the proofs justified with reason the jury's conclusion that employer negligence played a part in producing the petitioner's injury. *Rogers* v. *Missouri*